**Dismiss and Opinion Filed February 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00257-CR

### ROY GLENN WHITTAKER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-62952-J**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice FitzGerald

Roy Glenn Whittaker has filed a motion to dismiss the appeal. Appellant's counsel has

approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be

**DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

Do Not Publish
TEX. R. APP. P. 47
130257F.U05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROY GLENN WHITTAKER, Appellant

No. 05-13-00257-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F12-62952-J).
Opinion delivered by Justice FitzGerald,
Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered February 14, 2014

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE